

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| WAYNE WARREN, BY AND THROUGH HIS MOTHER, NEXT FRIEND, AND LEGAL GUARDIAN, POLLY ROBINSON, § § § § § § | |
| Plaintiff, § | |
| vs. § | Case No.: 7:16-cv-01666-RDP |
| § | |
| ALABAMA DEPARTMENT OF MENTAL HEALTH and ESTATE OF PERRY WALKER, § § § § § | OPPOSED* |
| Defendants. § | |

## MOTION TO WITHDRAW

COMES NOW Corey Gross Seale of the firm Phelps, Jenkins, Gibson & Fowler, LLP, and files her Motion to Withdraw as attorney for the Defendant Alabama Department of Mental Health ("ADMH"). Movant will no longer be associated with Phelps, Jenkins, Gibson & Fowler, LLP as of April 27, 2018. Movant further states that James J. Jenkins and Terri Olive Tompkins of the law firm of Phelps, Jenkins, Gibson & Fowler, LLP will continue to represent the Defendant.

Respectfully submitted,

*/s/ Corey Gross Seale*
Terri Olive Tompkins
James J. Jenkins
Corey Gross Seale
Attorneys for Defendant Estate of Perry Walker

PHELPS, JENKINS, GIBSON & FOWLER, L.L.P.<br>
1201 Greensboro Avenue<br>
Tuscaloosa, Alabama 35401<br>
Telephone: (205) 345-5100<br>
Facsimile: (205) 758-4394<br>
Email: cseale@pjgf.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a copy of the foregoing to be served on the below named individual(s) by electronically filing the same with the Clerk of the U. S. District Court this the 27th day of April, 2018:

James Michael Comer
Patterson Comer Law Firm
303 Main Avenue, Suite A
Northport, AL 35476-5057

Thomas B. Klinner
Edward C. Hixon
Alabama Department of Mental Health
Bureau of Legal Services
P. O. Box 301410
Montgomery, AL 36130-1410

Stanley J. Murphy
Murphy & Murphy LLC
P. O. Box 3163
Tuscaloosa, AL 35403

Nancy S. Jones
Alabama Department of Mental Health
1651 Ruby Tyler Parkway
Tuscaloosa, AL 35404

/s/Corey Gross Seale
Attorney for Defendant