# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| WAYNE WARREN, by and through his Mother, next friend and legal guardian, Polly Robinson, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 7:16-cv-01666-RDP |
| ALABAMA DEPARTMENT OF MENTAL HEALTH and ESTATE OF PERRY WALKER, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COME NOW the undersigned counsel, Thomas B. Klinner, Nancy S. Jones, and Edward C. Hixon of the Alabama Department of Mental Health Bureau of Legal Services, and hereby move to withdraw as counsel of record for Defendant Estate of Perry Walker. The undersigned counsel would offer the following in support thereof:

1. The undersigned counsel initially appeared as counsel for both Defendants in this action. However, attorneys James J. Jenkins and Terri Olive Tompkins later entered an appearance for Defendant Estate of Perry Walker. At that point, the undersigned only continued to represent Defendant Alabama Department of Mental Health. However, the undersigned counsel inadvertently neglected to withdraw from the representation of the Estate of Perry Walker after the appearance of Jenkins and Tompkins in this action. For purposes of clarity the undersigned counsel now move to withdraw as counsel for the Estate of Perry Walker.

WHEREFORE, THE PREMISES CONSIDERED, the undersigned would respectfully move this Honorable Court to enter an order reflecting that the undersigned no longer represent the Estate of Perry Walker but continue to represent the Alabama Department of Mental Health.

Respectfully submitted,

s/ Thomas B. Klinner
Thomas B. Klinner (KLI003)
Nancy S. Jones (JON032)
Edward C. Hixon (HIX003)
Alabama Department of Mental Health
Bureau of Legal Services
100 North Union Street
Montgomery, Alabama 36130
Telephone No.: (334) 242-3038
Facsimile No.: (334) 242-0924
eddie.hixon@mh.alabama.gov
tommy.klinner@mh.alabama.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 25th day of May, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all counsel of record:

  James Michael Comer
  Patterson Comer Law Firm
  303 Main Avenue, Suite A
  Northport, AL 35476-5057

  Stanley J. Murphy
  Murphy & Murphy, LLC
  P.O. Box 3163
  Tuscaloosa, AL 35403'


  James J. Jenkins
  Terri Olive Tompkins
  Phelps, Jenkins, Gibson & Fowler, LLP
  1201 Greensboro Avenue
  Tuscaloosa, AL 35401


                s/ Thomas B. Klinner