Case 7:16-cv-01666-RDP   Document 39-1   Filed 05/31/18   Page 1 of 14
Wayne Warren
1 (1-3)
FILED
2018 May-31 PM 01:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2      FOR THE NORTHERN DISTRICT OF ALABAMA
 3           WESTERN DIVISION
 4
 5  CASE NUMBER: 7:16-CV-01666-RPD
 6  WAYNE WARREN, by and through his mother, next
 7  friend and legal guardian; POLLY ROBINSON,
 8      Plaintiff,
 9      vs.
10  ALABAMA DEPARTMENT OF MENTAL HEALTH, et al.,
11      Defendants.
12
13      S T I P U L A T I O N
14      IT IS STIPULATED AND AGREED by and
15  between the parties through their respective
16  counsel, that the video deposition of Wayne
17  Warren may be taken before Sara Wilson, CCR,
18  at the Alabama Department of Mental Health,
19  at 100 North Union Street, Suite 536,
20  Montgomery, Alabama 36104, on the 21st day of
21  March, 2018.
22
23      DEPOSITION OF WAYNE WARREN
```

Page 2

```
 1       * * * * * * * * * * * * *
 2             I N D E X
 3           EXAMINATION
 4                       PAGE  LINE
 5  BY MS. JONES:.....................  7    9
 6  BY MS. TOMPKINS:.................. 25   16
 7  BY MR. COMER:..................... 38    7
 8
 9       EXAMINATION CONTINUED
10                       PAGE  LINE
11  BY MS. TOMPKINS:.................. 47    7
12  BY MR. COMER:..................... 48   16
13  BY MS. JONES:..................... 49    9
14  BY MR. COMER:..................... 49   21
15  BY MS. TOMPKINS:.................. 50    9
16
17       DEFENDANT'S EXHIBITS
18                       PAGE  LINE
19  Defendant's Exhibit 1 - The
20      Affidavit of Wayne Warren  18    6
21
22
23       * * * * * * * * * * * * *
```

Page 1 (continued)

```
 1      IT IS FURTHER STIPULATED AND AGREED
 2  that the signature to and the reading of the
 3  deposition by the witness is waived, the
 4  deposition to have the same force and effect
 5  as if full compliance had been had with all
 6  laws and rules of Court relating to the
 7  taking of depositions.
 8      IT IS FURTHER STIPULATED AND AGREED
 9  that it shall not be necessary for any
10  objections to be made by counsel to any
11  questions except as to form or leading
12  questions, and that counsel for the parties
13  may make objections and assign grounds at the
14  time of the trial, or at the time said
15  deposition is offered in evidence, or prior
16  thereto.
17      IT IS FURTHER STIPULATED AND AGREED
18  that the notice of filing of the deposition
19  by the Commissioner is waived.
20
21       * * * * * * * * * * * * *
22
23
```

Page 3

```
 1    IN THE UNITED STATES DISTRICT COURT
 2      FOR THE NORTHERN DISTRICT OF ALABAMA
 3           WESTERN DIVISION
 4
 5  CASE NUMBER: 7:16-CV-01666-RPD
 6  WAYNE WARREN, by and through his mother, next
 7  friend and legal guardian; POLLY ROBINSON,
 8      Plaintiff,
 9      vs.
10  ALABAMA DEPARTMENT OF MENTAL HEALTH, et al.,
11      Defendants.
12
13  BEFORE:  Sara Wilson, Commissioner.
14  APPEARANCES:
15      J. MICHAEL COMER, ESQUIRE, of
16  PATTERSON COMER LAW FIRM, 303 Main Avenue,
17  Suite A, Northport, Alabama 35476, appearing
18  on behalf of the Plaintiff.
19      TERRI OLIVE TOMPKINS, ESQUIRE, of
20  PHELPS, JENKINS, GIBSON & FOWLER, 1201
21  Greensboro Avenue, Tuscaloosa, Alabama 35401,
22  appearing on behalf of the Defendant, The
23  Estate of Perry Walker.
```

Page 4

```
 1  APPEARANCES: (Cont.)
 2       THOMAS KLINNER, ESQUIRE, of STATE
 3  OF ALABAMA DEPARTMENT OF MENTAL HEALTH, 100
 4  North Union Street, Montgomery, Alabama
 5  36104, appearing on behalf of the Defendant.
 6       EDWARD C. HIXON, ESQUIRE, of STATE
 7  OF ALABAMA DEPARTMENT OF MENTAL HEALTH, 100
 8  North Union Street, Montgomery, Alabama
 9  36104, appearing on behalf of the Defendant.
10       JACOB A. DUBIN, ESQUIRE, of STATE
11  OF ALABAMA DEPARTMENT OF MENTAL HEALTH, 100
12  North Union Street, Montgomery, Alabama
13  36104, appearing on behalf of the Defendant.
14       NANCY S. JONES, ESQUIRE, of STATE
15  OF ALABAMA DEPARTMENT OF MENTAL HEALTH, 1651
16  Ruby Tyler Parkway, Tuscaloosa, Alabama
17  35404, appearing on behalf of the Defendant.
18       ALSO PRESENT:  JOHN BADGLEY
19                      POLLY ROBINSON
20
21            * * * * * *
22
23
```

Page 5

```
 1       I, Sara Wilson, CCR, a Court
 2  Reporter of Pike Road, Alabama, acting as
 3  Commissioner, certify that on this date, as
 4  provided by the Federal Rules of Civil
 5  Procedure and the foregoing stipulation of
 6  counsel, there came before me at the Alabama
 7  Department of Mental Health, 100 North Union
 8  Street, Suite 536, Montgomery, Alabama 36104,
 9  beginning at 10:25 a.m., Wayne Warren,
10  witness in the above cause, for oral
11  examination, whereupon the following
12  proceedings were had:
13            VIDEOGRAPHER:  This begins
14  disk one in the deposition of Wayne Warren in
15  the matter of Polly Robinson for Wayne Warren
16  versus Alabama Department of Mental Health,
17  et al.; case number 7:16-CV-01666-RDP in the
18  United States District Court for the Northern
19  District of Alabama's Western Division.
20            We're on the Record at 10:26
21  on Wednesday, March 21st, 2018.  This
22  deposition is taking place in Montgomery,
23  Alabama.
```

Page 6

```
 1            My name is John Badgley,
 2  representing Freedom Court Reporting.  Would
 3  Counsel identify yourself and state whom you
 4  represent.
 5            MR. COMER:  Mike Comer, I
 6  represent Wayne Warren.
 7            MS. JONES:  I'm Nancy Jones, I
 8  represent the Alabama Department of Mental
 9  Health.
10            MS. TOMPKINS:  Terri Tompkins,
11  for the Estate of Perry Walker.
12            MR. HIXON:  Edward Hixon, for
13  the Alabama Department of Mental Health.
14            MR. DUBIN:  Jacob Dubin,
15  Department of Mental Health.
16            VIDEOGRAPHER:  Would the court
17  reporter please swear in the witness.
18            WAYNE WARREN,
19  being first duly sworn, was examined and
20  testified as follows:
21            COURT REPORTER:  Thank you.
22  Usual stipulations?
23            MR. COMER:  Yes.
```

Page 7

```
 1            MS. JONES:  Yes.
 2            THE WITNESS:  To tell the
 3  truth so help me God; yes, I will.
 4            COURT REPORTER:  Thank you.
 5            MR. COMER:  Good job.  Are you
 6  ready?  She's going to ask you some
 7  questions.  Okay?
 8            EXAMINATION
 9  BY MS. JONES:
10       Q.   Good morning.
11       A.   Good morning.
12       Q.   My name's -- We met just a
13  minute ago.  My name is Nancy Jones.
14       A.   Yep.
15       Q.   And I'm going to be asking
16  you some questions today.
17       A.   Okay.
18       Q.   Is that all right with you?
19       A.   Yeah.
20       Q.   Should I call you Wayne?  Do
21  you like to be called Wayne or Mr. Warren?
22       A.   Yeah.  Wayne.
23       Q.   Okay.  How are you feeling
```

Page 8

1  today, Wayne?  How are things going with you
2  today?
3      A.    Pretty good.
4      Q.    Feeling okay?
5      A.    Yep.
6      Q.    Okay.
7      A.    I'm kind of nervous.
8      Q.    You are?  Well, that's --
9      A.    I'm nervous, kind of nervous.
10     Q.    I understand.  I think
11 anybody is in this situation.  But I just
12 want to let you know that there's nothing to
13 be nervous about, and you're not in any kind
14 of trouble about anything.  Okay?
15     A.    Okay.
16     Q.    I just want to ask you some
17 questions.
18     A.    I don't have any problem with
19 that.
20     Q.    I just want to ask you some
21 questions.  Okay?
22     A.    Okay.  Go ahead.
23     Q.    Where do you live right now,

Page 9

1  Wayne?
2      A.    Prattville.
3      Q.    Okay.
4      A.    ■ Prattville, Alabama.
5      Q.    Okay.  Do you -- Do you
6  live --
7      A.    In a group home.
8      Q.    You live in a group home.  Do
9  you know -- What's the name of the group
10 home?
11     A.    Prattville.
12     Q.    Okay.
13     A.    It's in Prattville.
14     Q.    You live in a group home in
15 Prattville?
16     A.    Yes.
17     Q.    Okay.  Do you like it there?
18     A.    It's okay.  It's nice there,
19 ma'am.
20     Q.    What are some of the things
21 that you do there?
22     A.    Watch TV, go out and eat
23 sometimes, we may eat lunch out.  Eat lunch

Page 10

1  out sometimes.  And breakfast and dinner, we
2  eat out sometimes.
3      Q.    Do you like -- Do you like --
4      A.    I get paid on Friday.  Every
5  Friday, I get paid, so . . .
6      Q.    On Friday you get paid?
7      A.    Every Friday I get paid,
8  every Friday.
9      Q.    Do you have a job in
10 Prattville?
11     A.    Huh-uh.  Not yet.
12     Q.    Do you have friends at the
13 group home in Prattville?
14     A.    Uh-huh.
15     Q.    And who are some -- Who are
16 some of your friends?
17     A.    CK, Kiki, Darius, Ashley
18 McDaniel, Sonya, Tanya, and that's all I
19 know.
20     Q.    Okay.  Are there people who
21 help you there at the group home?
22     A.    Yes.
23           And who -- who are some of

Page 11

1  those people.
2           The staff.
3           THE WITNESS:  Uh-oh.  The
4  microphone -- The microphone fell off.
5           MR. COMER:  I'll fix it for
6  you.
7           THE WITNESS:  It fell off.
8           MR. COMER:  I'll fix it.  It's
9  okay.  There you go.
10          THE WITNESS:  Uh-huh.
11          MR. COMER:  You're doing good.
12          THE WITNESS:  Yep.
13     Q.    (Ms. Jones) So who are some
14 of the staff at the group home?
15     A.    Tanikki.
16     Q.    Okay.  Do you remember the
17 names of anyone else?
18     A.    Darius Hanks, Ashley
19 McDaniel, Kiki McGee.  That's all I know
20 about them.
21     Q.    Okay.  The staff members,
22 what do they do?
23     A.    Watch TV with me.

Page 12

1  Q.   Watch TV with you?
2  A.   Uh-huh.
3  Q.   Do they do anything else?
4  A.   No. That's all I know.
5  Q.   Okay. What I want to do now,
6  Wayne, is just ask you a little bit about
7  when you lived at Partlow. Do you remember
8  that? Do you remember living at Partlow?
9  A.   Uh-huh. Yeah.
10 Q.   What do you remember about
11 Partlow?
12 A.   It was nice. It was nice and
13 quiet.
14 Q.   Nice and quiet?
15 A.   It was nice and quiet.
16 Q.   What were some of the things
17 that you did at Partlow?
18 A.   I used to go to the voc
19 service.
20 Q.   I'm sorry, what?
21 A.   Voc service.
22      MR. COMER: Voc service.
23 Q.   Okay.

Page 13

1  A.   Voc services.
2  Q.   Okay.
3  A.   I used to get a check every
4  two weeks.
5  Q.   Tell me that again.
6  A.   I used to get a check every
7  two weeks.
8  Q.   Okay.
9  A.   I used to.
10 Q.   Okay. Do you remember
11 anything else, any of the other activities
12 that you did at Partlow?
13 A.   I went on van rides.
14 Q.   I'm sorry?
15 A.   Went on van rides at Partlow.
16 Went shopping with my roommate, too.
17 (Inaudible) And my roommate ride too.
18 Q.   Okay. I was going to ask you
19 about that. I was going to ask you who some
20 of your roommates at Partlow were.
21 A.   Rod Gooden, and that's all.
22 Q.   He was the only roommate that
23 you had at Partlow?

Page 14

1  A.   Uh-huh. Yeah.
2  Q.   Did you like Rod?
3  A.   Huh-uh.
4  Q.   You didn't?
5  A.   Huh-uh.
6  Q.   Who were some of the staff
7  members at Partlow that helped you?
8  A.   I don't know their names.
9  There's one guy, I can't remember his name.
10 He's kind of heavyset.
11 Q.   Uh-huh.
12 A.   Gerald Boyd.
13 Q.   Okay.
14 A.   Yep.
15 Q.   Do you remember the names of
16 any other staff members that helped you at --
17 A.   Edward Brown and Edward Hill.
18 Q.   Repeat that for me.
19 A.   Edward Brown and Edward Hill.
20 Q.   Okay. Were there any staff
21 members at -- Well, you mentioned -- Let me
22 back up just a minute.
23      You mentioned that Rod Gooden

Page 15

1  was your roommate. Were any other -- Were
2  there any other people at Partlow that you
3  were friends with?
4  A.   Yep. All the clients liked
5  me out there.
6  Q.   Who's that?
7  A.   All the clients.
8  Q.   Okay.
9  A.   Tamara Moseman, Jason
10 Garrison, Tim Hosney, Allen Thompson, all of
11 them.
12 Q.   Okay.
13 A.   All them guys liked me, too.
14 Q.   Were there any -- Do you
15 remember any staff members at Partlow that
16 you liked particularly well?
17 A.   Yeah. Boyd was one of them I
18 liked.
19 Q.   Gerald Boyd?
20 A.   Yeah.
21 Q.   Okay. Do you remember any
22 other staff members at Partlow?
23 A.   Daniel and Austin

Page 16

1  Q.   Okay.
2  A.   Edward Brown, and Edward
3  Hill, Vanessa Rollis, Sara Hurt, Jennifer
4  Green, all them.
5  Q.   Okay.
6  A.   Perry Walker.
7  Q.   Okay.
8  A.   That's about it.
9  Q.   Were there -- Were there any
10 of those staff that you did not like at
11 Partlow?
12 A.   I liked all of them.  I liked
13 all of them at Partlow.
14 Q.   Okay.  You mentioned -- You
15 said you didn't like Rod.  You didn't like
16 Rod?
17 A.   No, I didn't.
18 Q.   Did you ever hit Rod?
19 A.   Yep.  One time in the head.
20 Q.   Why did you do that?
21 A.   Perry told me to hit him.
22 Q.   What's that?
23 A.   Perry Walker told me to hit

Page 17

1  him.
2  Q.   What did -- What did Perry
3  Walker say to you?
4  A.   He told me to hit Rod in the
5  head and I hit him.
6  Q.   How did -- How did that make
7  you feel?
8  A.   Upset, very bad.
9  Q.   Okay.
10 A.   Very upset.
11 Q.   Rod, do you -- Wayne, do you
12 know the difference between telling the truth
13 and telling a lie?
14 A.   I am telling the truth.
15 Q.   Pardon me?
16 A.   I'm telling the truth.
17 Q.   Well, what does it mean to
18 tell the truth?
19 A.   Not tell a lie.  Tell all the
20 truth, so help you God.
21 Q.   I'm sorry?
22 A.   I always tell the truth.
23 Q.   Okay.  Well, what does it

Page 18

1  mean to tell the truth --
2  A.   And Jesus set you free.
3  Q.   -- as opposed to telling a
4  lie?
5  A.   I can't understand it.
6      (Defendant's Exhibit 1 was
7       marked for identification
8       purposes.)
9  Q.   Wayne, let me show you this
10 piece of paper here.  It's got a blue sticker
11 there on the bottom of it.  Do you know what
12 that is?
13 A.   Huh-uh.
14 Q.   Well, actually, what I'm
15 referring to is the document, itself, not the
16 sticker.  But do you know what that piece of
17 paper is?
18 A.   Huh-uh.
19     MS. ROBINSON:  Can you read
20 what it says?
21     THE WITNESS:  I can read what
22 it says.
23 Q.   (Ms. Comer) Well, that was

Page 19

1  going to be my next question.  I was going to
2  ask you if you can read it?
3     THE WITNESS:  I can't read it,
4  Mike.
5     MR. COMER:  Can you read it?
6     THE WITNESS:  Read it to me,
7  please.
8     MR. COMER:  Can you read it to
9  yourself?
10    THE WITNESS:  No.  You read it
11 to me, Mike, please.
12    MR. COMER:  You want me to
13 read it to you?
14    THE WITNESS:  Yes, please.
15    MR. COMER:  Is it okay if I
16 read it to him?
17    MS. JONES:  Not right now.
18    MR. COMER:  They don't want me
19 to read it to you.  I would love to, but they
20 don't want me to.  Okay?
21    THE WITNESS:  You can help me
22 again.
23    MR. COMER:  Okay.  Let me help

Page 20

1  you, yes, sir.  I'll help you.
2         THE WITNESS:  It's falling
3  off.
4         MR. COMER:  Got it?
5         THE WITNESS:  I got it.
6     Q.    (Ms. Jones) Mike will read it
7  to you later on when it's his turn.
8     A.    Okay.
9     Q.    But can you read it or are
10 you able to read it?
11    A.    I cannot see it.
12    Q.    Do you have some glasses?
13    A.    I cannot see without my
14 eyeglasses.  I've got bad eyesight.  I can't
15 hardly see too good.
16    Q.    So do you have -- Do you have
17 your glasses with you?
18    A.    No, ma'am, not with me.
19    Q.    Do you have -- You have
20 eyeglasses.  You just don't have them with
21 you?
22    A.    I got to get me some more.
23 The eye doctor got to get me some more made.

Page 21

1         MR. COMER:  We'll try and find
2  some for you.
3         THE WITNESS:  Okay.  I've got
4  some --
5         MR. COMER:  Eyeglasses, some
6  reading glasses?
7         THE WITNESS:  Reading glasses,
8  yeah.
9         MR. COMER:  If it hurts your
10 eyes, now, don't use them.  Okay?
11        MS. ROBINSON:  See if you can
12 see out of those.
13        MR. COMER:  If it makes your
14 head hurt or your eyes hurt, don't use them.
15 Don't stretch them out.  You look good.  Can
16 you see now?
17        THE WITNESS:  Yeah.
18   Q.    (Ms. Jones) So why don't you
19 read that piece of paper for us.
20   A.    I can't see.
21        MR. COMER:  You still can't
22 see?
23        THE WITNESS:  No.  Thank you,

Page 22

1  mama.
2         MS. ROBINSON:  You're welcome.
3     Q.    (Ms. Jones) Wayne, can you --
4  If you had your glasses, are you able to
5  read?
6     A.    Yep.
7     Q.    Can you read?
8     A.    Yep.
9     Q.    Where are your glasses?
10    A.    At the eye doctor.  Eye
11 doctor.
12    Q.    Your glasses are at the eye
13 doctor?
14    A.    Yep.  I got to get me some
15 made up.  I've got to go get my eyes checked.
16    Q.    Let me just ask you a couple
17 of questions about this piece of paper right
18 here (indicating).  Do you recall -- Do you
19 recall seeing this piece of paper before?
20    A.    No, ma'am.
21        MR. COMER:  Are you okay?
22 Here, I'll fix it for you.  I'll get it.
23 I'll get it.  You keep on -- It just comes

Page 23

1  right off, doesn't it?
2         THE WITNESS:  Yep.  It fell
3  off.  I don't need it no more.  I don't need
4  it.
5     Q.    (Ms. Jones) Wayne, I want to
6  show you -- I want to just show you this
7  writing right here (indicating).  Did you
8  sign this?  Do you remember this?
9     A.    Yes, ma'am.
10    Q.    You did?
11    A.    Yep.
12    Q.    Did you read this before you
13 signed it?
14    A.    I didn't read it.
15    Q.    Okay.
16    A.    I can't see to read it.
17    Q.    Did somebody read it to you
18 before you signed it?
19    A.    He did (indicating).  Mike
20 did.
21        THE WITNESS:  Didn't you,
22 Mike?
23        MR. COMER:  Yes, sir.

Page 24

1  Q.  (Ms. Jones) I just want to
2  ask you about that -- about this piece of
3  paper for a minute, Wayne.  Do you know what
4  the word affidavit means?
5  A.  No, ma'am.
6  Q.  Do you know what the word
7  competent means?
8  A.  (Witness shakes head in the
9  negative.)
10  Q.  Do you know what the word
11  feces means?
12  A.  Huh-uh.  Feces?
13  Q.  Uh-huh.
14  A.  Yeah.  Throwing them at you.
15  Throwing feces on the ceiling.
16  Q.  Okay.  So what is -- What are
17  feces?
18  A.  Doo-doo.  That's nasty.  I
19  don't want to talk about that.  That's nasty.
20      THE WITNESS:  Ain't it nasty,
21  Mike?
22      MR. COMER:  Yes.
23  Q.  (Ms. Jones) I really just

Page 25

1  have a couple more questions for you, Wayne.
2  Do you -- We've been talking about this piece
3  of paper that's in front of you that's called
4  an affidavit.  And you said that Mike read it
5  to you?
6  A.  Uh-huh.
7  Q.  Is that right?  Do you know
8  what it says?
9  A.  No, ma'am.  I don't know what
10  it says.
11      MS. JONES:  I think those are
12  actually all my questions, Wayne.  Thank you
13  very much.
14      THE WITNESS:  Okay.
15          EXAMINATION
16  BY MS. TOMPKINS:
17  Q.  Wayne, my name is Terri
18  Tompkins, and I've got a couple of questions
19  for you, also.  You said earlier that Perry
20  Walker told you to hit Rod; is that right?
21  A.  Yes, ma'am.
22  Q.  What did Perry say to you?
23  A.  He said:  Wayne, hit Rod in

Page 26

1  the head.
2  Q.  He said:  Hit Rod in the
3  head?
4  A.  With the radio.
5  Q.  Did you hit Rod in the head
6  with a radio?
7  A.  Yes, I sure did.
8  Q.  All right.  What else did
9  Perry say to you then?
10  A.  Then he told me to do it
11  again.  That's all I say.  That's all I know.
12  Q.  Did Perry say anything
13  other --
14  A.  No.  Because he said:  Hit
15  him in the head with the radio.  That's all
16  he said to me.
17  Q.  Did you tell anyone at
18  Partlow that Perry told you to hit Rod?
19  A.  I told one of the staff.
20  Q.  Who did you tell?
21  A.  Gerald Boyd.
22  Q.  Did you tell anyone other
23  than Gerald?

Page 27

1  A.  I told Marcus Williams.
2  Q.  Marcus Williams; is that
3  right?
4  A.  Yep.  Uh-huh.  And Marcus
5  Little and Damion Lawson.
6  Q.  Lawson is the last name?
7  A.  Damion Lawson.
8  Q.  Damion Lawson?
9  A.  D-A-M-I-O-N L-A-W-S-O-N.
10  Q.  Thank you, Wayne.  Did you
11  talk to anybody else at Partlow, other than
12  those three men?
13  A.  I talked to Rockne.
14  Q.  You talked to Rockne?
15  A.  Rockne Burroughs.
16  Q.  Rockne Burroughs.  Did you
17  talk to him about Perry Walker telling you to
18  hit Rod?
19  A.  Uh-huh.  I sure did.
20  Q.  Okay.  Did you talk to
21  anybody other at Part -- else at Partlow --
22  A.  I talked to Rockne, Wes
23  Scarritt, Charles Calhoun.  That's about it.

Page 28

```
 1    Q.    Okay.
 2    A.    That I know how to say; that
 3  I know.
 4    Q.    Did you tell -- And you told
 5  all of those people that Perry told you to
 6  hit Rod in the head with a radio; is that
 7  right?
 8    A.    Uh-huh.  Sure did.
 9    Q.    Did you tell them anything
10  else?
11    A.    Huh-uh.  That's all I told
12  them.
13    Q.    Wayne, when you were at
14  Partlow, had you hit Rod before this day?
15    A.    No.  Just hit him one time.
16  Just hit him one time.
17    Q.    Had you hit other -- other
18  friends or other people at Partlow?
19    A.    No.  Huh-uh.
20    Q.    Okay.
21    A.    Just Rod Gooden.
22    Q.    Did you ever hit any staff
23  workers at Partlow?
```

Page 29

```
 1    A.    No.
 2    Q.    Where were you when this
 3  happened?  Where at Partlow were you?
 4    A.    In my bedroom.  Sitting in my
 5  bedroom, asleep.
 6    Q.    Was there anybody in the room
 7  besides you and Perry and Rod?
 8    A.    Me and Rod was in there.  We
 9  were by ourself.
10    Q.    Just you and Rod?
11    A.    Yep.
12    Q.    Was Perry in the room?
13    A.    Yep.
14    Q.    Okay.  Was there anybody else
15  in there with you and Perry and Rod?
16    A.    No.  Huh-uh.  That's it.
17    Q.    Were you afraid that you
18  would get in trouble for hitting Rod?
19    A.    Yep.  Uh-huh.
20    Q.    Is that why you told Gerald
21  and the others that Perry told you to hit
22  Rod?
23    A.    Yep.  When I hit him with the
```

Page 30

```
 1  radio, I sure did.
 2    Q.    Where did you hit Rod with
 3  the radio?  Did you hit him in the head or
 4  the shoulder?
 5    A.    In the head.  Hit him with a
 6  radio.  Hit him with the radio.
 7    Q.    Whose radio was it?
 8    A.    My radio.
 9    Q.    Did it break the radio?
10    A.    Uh-huh.  It broke it.
11    Q.    Did you have to get a new
12  one?
13    A.    No.  I ain't getting a new
14  one.  I had to throw it away.
15    Q.    Did you apologize to Rod?
16    A.    I told him I was sorry for
17  hitting him.  He said:  I forgive you.
18    Q.    Was that the same day?
19    A.    Uh-huh.
20    Q.    Was anybody else there when
21  you told Rod you were sorry?
22    A.    No, ma'am.
23    Q.    We talked a little bit
```

Page 31

```
 1  earlier, Ms. Nancy asked you if you knew what
 2  feces is.
 3    A.    Uh-huh.
 4    Q.    On this day, was Rod throwing
 5  feces in your room?
 6    A.    On the ceiling, yeah.
 7    Q.    Okay.  Did he throw that at
 8  you?
 9    A.    Uh-huh.
10    Q.    Did he throw it at Perry?
11    A.    Yep.
12    Q.    What did Perry say?
13    A.    I don't know.  I don't know
14  what he said.  I don't want to talk about it.
15  I don't want to say.
16    Q.    Were you upset because Rod
17  was throwing that at you?
18    A.    (Witness nods head in the
19  affirmative.)  Uh-huh.
20    Q.    Is that why you hit him?
21    A.    Yep.
22    Q.    You hit him because you were
23  upset because he was throwing feces at you?
```

Page 32

1  A.  Yep.
2  Q.  Was he throwing -- Forget
3  that one.
4       Did you ever ask Perry to do
5  anything for you and he told you no?
6  A.  Give me some money.
7  Q.  You asked Perry for money?
8  A.  Yeah. He gave it to me.
9  Q.  How much did he give you?
10 A.  Ten dollars.
11 Q.  Was that on this day that you
12 hit Rod?
13 A.  Yep. Every day.
14 Q.  He gave you ten dollars every
15 day?
16 A.  Yep. Every two weeks.
17 Q.  Was that money that came in
18 your check or was that -- Was that your
19 money?
20 A.  It was Perry out of his own
21 pocket.
22 Q.  Perry Walker gave you money
23 out of his own pocket; is that right?

Page 33

1  A.  Yep. Uh-huh.
2  Q.  And that was every -- Did he
3  give it to you every week? Is that what you
4  said?
5  A.  Every two weeks.
6  Q.  Every two weeks you got ten
7  dollars from Perry Walker?
8  A.  Yep.
9  Q.  Okay. Did you ever hit
10 Perry?
11 A.  No. Perry got -- Perry
12 passed away.
13 Q.  I heard that. I was sorry to
14 hear that.
15 A.  I miss Perry Walker. He's in
16 heaven with Jesus now.
17 Q.  Did Perry take good care of
18 you?
19 A.  He sure did. I miss old
20 Perry.
21 Q.  Was Perry nice to you?
22 A.  He was nice.
23 Q.  He worked with you for a long

Page 34

1  time, didn't he?
2  A.  He was a good man. I miss
3  him. I went to Perry's funeral, too.
4  Q.  You went to Perry's funeral?
5  A.  Uh-huh.
6  Q.  Where was the funeral?
7  A.  I can't remember. I mean, it
8  was sad, too. I cried my eyes out when I
9  looked down and saw Perry buried, I cried.
10 Q.  Did you and Perry ever talk
11 about -- After this day that you hit Rod with
12 the radio, did you and Perry ever talk about
13 it again?
14 A.  No, ma'am.
15 Q.  Did you and Rod ever talk
16 about it again?
17 A.  Huh-uh. Huh-uh.
18 Q.  Did you ever talk to any of
19 your doctors about hitting Rod?
20 A.  I talked to Chuck.
21 Q.  Chuck Gills?
22 A.  Chuck Gills, yeah.
23 Q.  What'd you tell Chuck?

Page 35

1  A.  I hit him with my radio. I
2  hit him with the radio. And that's what I
3  told him.
4  Q.  Did you talk to any other
5  doctors other than Chuck?
6  A.  No, just Chuck Gills.
7  Q.  Okay. Wayne, what home did
8  you live in at Partlow?
9  A.  Home 6.
10 Q.  Did you live in Home 6 the
11 whole time?
12 A.  Home 7, too. Home 7, too.
13 Q.  Okay. So while you were at
14 Partlow, you lived in Home 6 and Home 7; is
15 that right?
16 A.  Uh-huh. Yes, ma'am.
17 Q.  Okay. Who was your doctor at
18 Partlow?
19 A.  Dr. Woods.
20 Q.  Do you still see Dr. Woods?
21 A.  Uh-huh.
22 Q.  Wayne, when did you leave
23 Partlow?

Page 36

1  A. I can't remember. It's been
2  too far back.
3  Q. That's okay if you can't
4  remember. That's fine.
5  A. It's been years ago when I
6  left Partlow, years ago.
7  Q. That's been a long time ago,
8  hasn't it?
9  A. A long time ago, yeah.
10 Q. Where did you go when you
11 left Partlow?
12 A. Back home.
13 Q. Did you go back home to live
14 with your mom?
15 A. Yep.
16 Q. Okay.
17 A. For good. My arm hurts.
18     MS. TOMPKINS: Why don't we
19 take a break.
20     VIDEOGRAPHER: Going off the
21 Record at 10:52.
22     (Recess taken.)
23     VIDEOGRAPHER: Going back on

Page 37

1  the Record at eleven o'clock.
2      MR. COMER: Wait for them to
3  ask you a question. Okay?
4  Q. (Ms. Tompkins) Wayne, we took
5  a break just now and you were trying to tell
6  me something about Curtis Henry. Tell me
7  again what that was, please.
8  A. I told Curtis Henry I hit him
9  with a radio, also. He was, too.
10 Q. You told Curtis Henry that
11 you hit Rod in the head with a radio; is that
12 right?
13 A. I sure did. I told Curtis
14 Henry the same thing, too, ma'am.
15 Q. Okay. So you just forgot his
16 name earlier when you were giving me those
17 other people; right?
18 A. Uh-huh.
19 Q. Okay.
20     MS. TOMPKINS: Rod, I don't
21 have any more questions for you right now.
22 Mike may have some questions for you.
23     MR. COMER: Do you care if I

Page 38

1  ask you some questions, Rod?
2      THE WITNESS: Rod?
3      MR. COMER: I mean, Wayne. Do
4  you care if I ask you some questions?
5      THE WITNESS: No.
6      EXAMINATION
7  BY MR. COMER:
8  Q. Wayne, you were asked earlier
9  -- You said earlier you miss Perry Walker.
10 Do you remember that?
11 A. Uh-huh. Yes, I do miss him.
12 Q. Did you go to his funeral?
13 A. Yes, I did.
14 Q. Okay. Do you miss Perry
15 Walker telling you to hit people in the face?
16 A. Uh-huh.
17 Q. You miss him telling you
18 that?
19 A. Uh-huh.
20 Q. Okay. Let me ask you this,
21 Wayne. Is that your signature on this
22 document?
23 A. Yep.

Page 39

1  Q. Did we read this to you when
2  you signed it?
3  A. Yep.
4  Q. Do you mind if I read it to
5  you again?
6  A. No, I don't mind.
7  Q. Okay. I'm going to read it
8  to you. Okay?
9  A. Okay.
10 Q. This is Defendant's Exhibit
11 1. Okay?
12 A. Uh-huh.
13 Q. This is that blue sticker on
14 here. Okay?
15 A. Uh-huh.
16 Q. My name is Wayne Warren. Do
17 you see that?
18 A. Uh-huh.
19 Q. I'm over the age of nineteen.
20 How old are you?
21 A. Forty-six.
22 Q. Forty-six. I have personal
23 knowledge of the matter stated in this

Page 40

1  affidavit.
2      A.   I'm forty-seven.  I mean,
3  forty-seven.
4      Q.   Forty-seven.  Okay.
5      A.   I'll be forty-eight.
6           MS. ROBINSON:  You're
7  forty-seven.  You'll be forty-eight in ▮▮▮▮.
8      Q.   You're forty-eight?
9      A.   Forty-seven, going on
10 forty-eight.
11     Q.   Okay.  Are you ready?  I'm
12 going to keep reading this.  I have personal
13 knowledge of the matters stated in this
14 affidavit because I personally witnessed
15 these events; right?
16     A.   Right.
17     Q.   Were you there when this
18 happened with Perry and Rod and you?
19     A.   Yep.
20     Q.   All right.  I am competent to
21 testify about these matters.  Let me ask you
22 about that for a minute.  Can you read or
23 write?

Page 41

1      A.   I can read.
2      Q.   You can read?  Can you write
3  things?
4      A.   I can write things, too.
5      Q.   Okay.  Can you write your
6  name?
7      A.   Yep.
8      Q.   Is that your name on this
9  document?
10     A.   Yep.
11     Q.   All right.  Did you write
12 that?
13     A.   Yep.
14     Q.   That's your signature?
15     A.   Yep.
16     Q.   It says:  I am a resident of
17 Alabama.  Do you live in Alabama?
18     A.   Uh-huh.
19     Q.   Is that a yes?
20     A.   Prattville, Alabama.
21     Q.   It says:  I can read, write,
22 and speak the English language.  You can
23 read?

Page 42

1      A.   Uh-huh.
2      Q.   Can you write?
3      A.   Yep.
4      Q.   And can you speak English?
5      A.   Yep.
6      Q.   It says:  I lived at Partlow
7  in Home 10.  Is that true?
8      A.   Home 10, yep.
9      Q.   All right.  My roommate in
10 Apartment 10D was Rod Gooden.  Was Rod Gooden
11 your roommate?
12     A.   Right.  Uh-huh.
13     Q.   I was in my bedroom with Rod
14 Gooden when he was throwing feces at Perry
15 Walker.  Is that true?
16     A.   Uh-huh.
17     Q.   Perry Walker was a mental
18 health worker at Partlow.  Is that true?
19     A.   Yep.
20     Q.   Perry got mad at Rod and told
21 me to hit Rod.  Is that true?
22     A.   With the radio.  Hit him with
23 the radio.

Page 43

1      Q.   And then it says:  I did not
2  want to hit Rod, but Perry told me to so I
3  hit Rod in the face.  Is that true?
4      A.   In the head.
5      Q.   All right.  You hit Rod in
6  the head?
7      A.   There in the face and head.
8      Q.   All right.  Did you hurt him?
9      A.   Huh-uh.
10     Q.   I saw Perry Walker take a
11 radio and hit Rod over the head.  Do you
12 remember seeing that?
13     A.   I'm the one that hit him over
14 the head with a radio.  I'm the one that hit
15 him.
16     Q.   It wasn't Perry, it was you?
17     A.   Yeah.
18     Q.   All right.
19     A.   It was me that hit him.
20     Q.   Who told you to hit Rod with
21 that radio?
22     A.   Perry Walker.
23     Q.   Okay.  Perry was mad at Rod

Page 44

1  when he told me to hit Rod and when Perry hit
2  Rod with the radio. Is that true?
3      A.   No. That was me that hit
4  him.
5      Q.   Okay. You hit him with the
6  radio because Perry Walker told you to hit
7  him with the radio?
8      A.   Right.
9      Q.   All right. Did Perry Walker
10 give you anything like a Coke or anything to
11 hit Rod?
12     A.   No.
13     Q.   He just told you to do it?
14     A.   Yep. He hit him (inaudible).
15     Q.   Did it get you upset when you
16 hit Rod?
17     A.   Yes, it did. I was crying.
18     Q.   You were crying?
19     A.   Yeah.
20     Q.   Are you still upset about it?
21     A.   Huh-uh.
22     Q.   You're not upset about it
23 anymore?

Page 45

1      A.   No, sir.
2      Q.   Do you feel sorry for hitting
3  Rod?
4      A.   Uh-huh. I do.
5      Q.   Okay. Do you get upset about
6  it?
7      A.   Uh-huh.
8          THE WITNESS: Hi, sir. How
9  are you doing?
10     Q.   Do you understand about why
11 it's important to tell the truth, Wayne?
12     A.   Uh-huh.
13     Q.   Why is it important to tell
14 the truth?
15     A.   So you don't get someone in
16 trouble for saying a lie.
17     Q.   Will you get in trouble for
18 telling a lie, too?
19     A.   Yep.
20     Q.   Would you not tell a lie
21 because you don't want to get in trouble?
22     A.   I don't want to get in no
23 trouble. I'm telling the truth.

Page 46

1      Q.   Do you know the difference
2  between telling the truth and telling a lie?
3      A.   Huh?
4      Q.   Do you know the difference
5  between telling the truth and telling a lie?
6      A.   Yep. Yes, I do.
7      Q.   Are you telling the truth
8  here today?
9      A.   Yep.
10     Q.   What would happen to you
11 if --
12     A.   I'm -- So help me God.
13 (Inaudible)
14     Q.   Are you a Christian, Wayne?
15     A.   I'm a Christian in Jesus
16 Christ.
17     Q.   Okay. Are you saved?
18     A.   From Jesus.
19         MR. COMER: No further
20 questions.
21         THE WITNESS: He's got my
22 Savior in heaven. Amen
23         MR. COMER: Yes, sir. Thank

Page 47

1  you very much, Wayne. They may have some
2  more questions for you.
3          THE WITNESS: Okay.
4          MS. TOMPKINS: Wayne, I have a
5  couple of more questions for you.
6          EXAMINATION CONTINUED
7  BY MS. TOMPKINS:
8      Q.   When you hit Rod, were you
9  hurt?
10     A.   Yes, I was hurt.
11     Q.   How?
12     A.   In my heart. My heart was
13 pounding when I hit him.
14     Q.   Your heart was pounding in
15 your head -- in your chest? I'm sorry.
16     A.   In my chest.
17     Q.   Your heart was pounding in
18 your chest?
19     A.   When I hit him with the
20 radio, I hit him just one time.
21     Q.   Okay. Was that all? Was
22 there anything else other than your heart
23 pounding in your chest?

Page 48

1    A.    Huh-uh.  That was it.
2    Q.    Okay.  Wayne, did you ever
3  threaten to hit any of the staff workers at
4  Partlow?
5    A.    No, ma'am.
6          MS. TOMPKINS:  I don't have
7  any more questions for you.  Thank you,
8  Wayne.
9          THE WITNESS:  Welcome.
10         VIDEOGRAPHER:  This concludes
11 the deposition.
12         MR. COMER:  I just have just a
13 couple more.  I'm very sorry.  I'm so sorry
14 about that.
15         EXAMINATION CONTINUED
16 BY MR. COMER:
17   Q.    Do you know the difference
18 between right and wrong, Wayne?
19   A.    Uh-huh.
20   Q.    You do?
21   A.    Yep.
22   Q.    What's your date of birth?
23 Do you know your date of birth?

Page 49

1    A.    ▮▮▮▮▮ 1970.
2    Q.    Okay.
3          MR. COMER:  That's all I've
4  got.  Thank you.
5          THE WITNESS:  Welcome.
6          MS. JONES:  Wayne, I just have
7  one last question for you.
8          EXAMINATION CONTINUED
9  BY MS. JONES:
10   Q.    Did you ever hit anybody else
11 at Partlow?
12   A.    No, ma'am.
13   Q.    You never hit anyone else
14 during your time at Partlow?
15   A.    Never.  Never.  No.  Never.
16         MS. JONES:  That's all I have.
17 Thank you, Wayne.
18         MR. COMER:  Wayne, let me just
19 ask you one more.
20         EXAMINATION CONTINUED
21 BY MR. COMER:
22   Q.    Are you afraid you'd get in
23 trouble if you said you had hit other people

Page 50

1  out there?
2    A.    Uh-huh.
3    Q.    Okay.
4          MR. COMER:  No further
5  questions.
6          MS. TOMPKINS:  I do after
7  that.
8          EXAMINATION CONTINUED
9  BY MS. TOMPKINS:
10   Q.    Wayne, you would -- you would
11 tell the truth about whether you hit anybody
12 else out there, wouldn't you?
13   A.    I am telling the truth.  I
14 ain't lying.  I'm telling the truth, so help
15 me God.
16   Q.    And if you had -- If you had
17 hit somebody else at Partlow, you would tell
18 us that, wouldn't you?
19   A.    Uh-huh.
20   Q.    Okay.  Thank you.
21   A.    I didn't hit anybody else
22 except Rod.
23         MS. TOMPKINS:  Thank you,

Page 51

1  Wayne.
2          THE WITNESS:  You're welcome.
3          MR. COMER:  Good job, Wayne.
4  Thank you very much.
5          THE WITNESS:  You're welcome.
6          MR. COMER:  Your mama is going
7  to sit where you're sitting now.  Okay?  And
8  you're going to sit beside me.  Okay?
9          THE WITNESS:  Okay.
10         VIDEOGRAPHER:  This concludes
11 the deposition.  Going off the Record at
12 11:07.
13
14
15
16 (The deposition was concluded at 11:07 a.m.,
17 March 21st, 2018.)
18
19
20
21
22
23

Page 52

1       REPORTER'S CERTIFICATE
2  STATE OF ALABAMA,
3  MONTGOMERY COUNTY,
4       I, Sara Wilson, Certified Court
5  Reporter and Commissioner for the State of
6  Alabama at Large, do hereby certify that the
7  above and foregoing proceeding was taken down
8  by me by stenographic means, and that the
9  content herein was produced in transcript
10 form by computer aid under my supervision,
11 and that the foregoing represents, to the
12 best of my ability, a true and correct
13 transcript of the proceedings occurring on
14 said date and at said time.
15      I further certify that I am neither
16 of kin nor of counsel to the parties to the
17 action; nor in any manner interested in the
18 result of said case.
19
        Signed the 22nd of March, 2018.
20
21          /s/Sara Wilson
            _____
22          Sara Wilson, CCR
            ACCR #420 Expires 9/30/18
23          Notary Expiration 6/20/21

**Freedom Court Reporting, Inc**                    877-373-3660

**EXHIBIT "A"**