## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| WAYNE WARREN, BY AND § <br> THROUGH HIS MOTHER, NEXT § <br> FRIEND, AND LEGAL GUARDIAN, § <br> POLLY ROBINSON, § <br> § <br> Plaintiff, § <br> vs. § <br> § <br> ALABAMA DEPARTMENT OF § <br> MENTAL HEALTH and ESTATE OF § <br> PERRY WALKER, § <br> § <br> Defendants. § | Case No.: 7:16-cv-01666-RDP |

### AFFIDAVIT OF MIKE MATHIS

Before me personally appeared the undersigned, who after being duly sworn, says on oath as follows:

My name is Mike Mathis. I am over the age of nineteen years and am mentally competent. I have personal knowledge and recollection of the facts hereinafter set forth. I am giving this affidavit in support of a Motion for Summary Judgment filed on behalf of the Estate of Perry Walker. I am currently employed as Personnel Manager III with the Alabama Department of Mental Health. From July 10, 2004 to February 15, 2012, I was employed by the Alabama Department of Mental Health as the Personnel Director at Partlow.

From November 5, 2001, to April 7, 2005, Perry Walker was employed by the Department of Mental Health as a Mental Health Worker I at Partlow. On April 4, 2005,

1

EXHIBIT B

Walker was placed on mandatory leave retroactive to April 2, 2005 by the Department of Mental Health while it investigated an allegation of abuse that allegedly occurred on April 2, 2005. Walker voluntarily resigned on April 7, 2005. ADMH did not terminate or discipline Walker; he resigned while the investigation was pending.

I certify that following documents attached to the Motion for Summary Judgment filed on behalf of the Estate of Perry Walker are true and correct copies and were kept in the regular course of business of Partlow:

- April 7, 2005, resignation letter from Perry Walker (attached as Exhibit C); and

- April 4, 2005 letter to Perry Walker from Steve Spier regarding investigation (attached to motion as Exhibit F)

FURTHER AFFIANT SAITH NOT.

AFFIANT:

*/s/ Michael Mathis*

STATE OF ALABAMA §

TUSCALOOSA COUNTY §

NOTARY

I, the undersigned authority, a Notary Public in and for the said State of Alabama at Large, do hereby certify that Mike Mathis, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this date that, being informed of the contents of this document, executed the same voluntarily on the day the same bears date.

This the 31st day of May, 2018.

*/s/ Rachel A. Couthier*
Notary Public

**EXHIBIT B**

My Commission Expires: 8/7/21

2

**EXHIBIT B**