Case 7:16-cv-01666-RDP   Document 40   Filed 05/31/18   Page 1 of 2

FILED
2018 May-31 PM 01:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| WAYNE WARREN, BY AND THROUGH HIS MOTHER, NEXT FRIEND, AND LEGAL GUARDIAN, POLLY ROBINSON, § § § § § | |
| Plaintiff, § | |
| vs. § | Case No.: 7:16-cv-01666-RDP |
| § | |
| ALABAMA DEPARTMENT OF MENTAL HEALTH and ESTATE OF PERRY WALKER, § § § § | |
| Defendants. § | |

## DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant, Estate of Perry Walker, by and through its undersigned counsel hereby gives notice of the filing of the following materials in support of its contemporaneously-filed Motion for Summary Judgment:

Exhibit A – Deposition of Wayne Warren.[1]

Exhibit B – Affidavit of Mike Mathis.

Exhibit C – Letter from Perry Walker dated April 7, 2005, resigning his employment from Partlow.

Exhibit D – Opinion from Harris v. Gurley, 5:09-CV-02108-CLS (N.D. Ala. Mar. 26, 2010).

Exhibit E – Opinion from Dugger v. Volunteers of Am. North Ala. Inc., 5:11-CV-00277-CLS (N.D. Ala. May 13, 2011).

Exhibit F – Letter from Steve Spier, acting Partlow director, to Perry Walker dated April 4, 2005, regarding mandatory annual leave.

---

[1] Warren's address and date of birth have been redacted from his deposition pursuant to page 13 of the Civil Administrative Procedures Manual for CM/EF.

Respectfully submitted, this the 31st day of May, 2018.

                                           */s/ TERRI OLIVE TOMPKINS*
                                           Terri Olive Tompkins
                                           Attorney for Defendant Estate of Perry Walker
                                           PHELPS, JENKINS, GIBSON & FOWLER, L.L.P.
                                           1201 Greensboro Avenue
                                           Tuscaloosa, Alabama  35401
                                           Telephone: (205) 345-5100
                                           Facsimile: (205) 758-4394
                                           Email: ttompkins@pjgf.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading or paper has been served upon:

James Michael Comer
Patterson Comer Law Firm
303 Main Avenue, Suite A
Northport, AL  35476-5057

Thomas B. Klinner
Edward C. Hixon
Alabama Department of Mental Health
Bureau of Legal Services
P. O. Box 301410
Montgomery, AL 36130-1410

Stanley J. Murphy
Murphy & Murphy LLC
P. O. Box 3163
Tuscaloosa, AL 35403

Nancy S. Jones
Alabama Department of Mental Health
1651 Ruby Tyler Parkway
Tuscaloosa, AL 35404

on this 31st day of May, 2018, by electronically filing, delivering a copy to each, by mailing a copy to each by first class United States Mail, postage prepaid, addressed to them at their last known address or, if no address is known, by leaving it with the Clerk of this Court.

                                           */s/ TERRI OLIVE TOMPKINS*
                                           Attorney for Defendant Estate of Perry Walker

2