UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WAYNE WARREN, by and through his Mother, Next Friend, AND Legal Guardian, POLLY ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>ALABAMA DEPARTMENT OF MENTAL HEALTH, et al.,<br><br>    Defendants. | Case No.: 7:16-cv-01666-RDP |

## ORDER APPROVING PRO AMI SETTLEMENT

This matter is before the court on the Guardian *Ad Litem*'s Findings of Facts and Conclusion requesting the court to "approve this Pro Ami Settlement and disbursement of funds." (Doc. # 76). The court appointed Leslie Barineau to be Guardian *ad litem* for Plaintiff, Wayne Warren, in these proceedings. The court has received her written report filed for this case. (Doc. # 76). Leslie Barineau advised the court that the settlement is reasonable and fair and in the best interests of Plaintiff. The court has reviewed all of the aforementioned matters and is satisfied it understands the terms of the proposed settlement.

After careful and independent review, the court **ADOPTS** Leslie Barineau's Findings of Facts and Conclusion. (Doc. # 76). Specifically, the court concludes the proposed settlement is in the best interest of Plaintiff. Thus, the court **APPROVES** the pro ami settlement and disbursement of funds. (*See* Doc. # 76 at 5).

The Clerk of Court is **DIRECTED** to close this case.

Costs are taxed as paid.

**DONE** and **ORDERED** this October 23, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE